

William P. Janvier
bill@janvierlaw.com
Board Certified Specialist
in Business and
Consumer Bankruptcy

Samantha Y. Moore
samantha@janvierlaw.com

William F. Braziel III
bbraziel@janvierlaw.com

July 15, 2015

The Honorable Patricia S. Connor, Clerk
U.S. Court of Appeals for the Fourth Circuit
1100 East Main Street, Suite 501
Richmond, Virginia 23219

  Re: *PEM Entities LLC v. Eric M. Levin*, Case No. 15-1669
    Representation of Province Grande Olde Liberty, LLC

Dear Ms. Connor:

  Janvier Law Firm, PLLC will not be representing Province Grande Olde Liberty, LLC in *PEM Entities LLC v. Eric M. Levin*, Case No. 15-1669. Province Grande Olde Liberty, LLC's contact is Howard A. Jacobson. His mailing address is PO Box 98566, Raleigh, NC 27624.

  Should you have any questions, please feel free to contact our office.

            Sincerely,

            JANVIER LAW FIRM, PLLC


            /s/William P. Janvier

            William P. Janvier

1101 Haynes Street, Suite 102 • Raleigh, North Carolina 27604
Telephone: (919) 582-2323  • Facsimile: (866) 809-2379 • Website: www.janvierlaw.com